# United States District Court
## Violation Notice

Location Code: **MN4**

Violation Number: **6249102**
Officer Name (Print): **M. Sheriff**
Officer No.: **1764**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: **07/03/2017 1345**
Offense Charged: ☒ CFR ☐ USC ☐ State Code: **36 CFR 4.12**
Place of Offense: **Osceola Landing**
Offense Description / Factual Basis for Charge: **Trailer Parking only**
HAZMAT: ☐

### DEFENDANT INFORMATION
Last Name: **Lewis**
First Name: **Joy**
MI: **A**

Tag No.: **981 RHC**
State: **MN**
Year: **15**
Make/Model: **HYU**
PASS: ☐
Color: **BLU**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ **25.00** Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ **55.00** Total Collateral Due

### YOUR COURT DATE
Court Address: **Court will notify if needed**
Date: —
Time: —

X Defendant Signature: **Officer Placed on Vehicle**

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

**See Attached Statement of Probable Cause**

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN JUL 19, 2017 16:07